# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WELLCOMEMAT, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AYLO HOLDINGS S.à r.l., AYLO FREESITES LTD, AYLO PREMIUM, LTD, 9219-1568 QUEBEC, INC., and JARROD BELTRAN,<br><br>*Defendants*. | C.A. No. 2:23-cv-483-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS AYLO HOLDINGS S.à r.l., AYLO FREESITES LTD, AYLO PREMIUM LTD, AND 9219-1568 QUEBEC, INC.'S NOTICE OF SUPPLEMETNAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF WELLCOMEMAT, LLC'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) <u>FOR FAILURE TO STATE A CLAIM (DKT. 29)</u>**

Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo Premium Ltd, and 9219-1568 Quebec Inc. (collectively, "Defendants") respectfully file this Notice of Supplemental Authority to bring to the Court's attention the recent order issued by the Federal Circuit in *AI Visualize, Inc. v. Nuance Comms., Inc.*, No. 2022-2109, 2024 WL 1449801 (Fed. Cir. Apr. 4, 2024) (*precedential*) (copy attached hereto as Exhibit A), in connection with Defendants' Motion to Dismiss Plaintiff WellcomeMat, LLC's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim (Dkt. 29) and Reply in support of the same (Dkt. 33).

1

<table>
<tr><td>

Dated: April 12, 2024

OF COUNSEL:

Frank M. Gasparo
New York State Bar No. 2939833
FMGasparo@Venable.com
Ralph A. Dengler
New York State Bar No. 2796712
RADengler@Venable.com
Jonathan M. Sharret
New York State Bar No. 5082276
JMSharret@Venable.com
J. Daniel Kang (*pro hac vice*)
JDKang@Venable.com
Tom J. Macchio
New York State Bar No. 5927223
TJMacchio@Venable.com

Venable LLP
151 W. 42nd Street
49th Floor
New York, NY 10036
(212) 307-5500

*Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo Premium Ltd, and 9219-1568 Quebec Inc.*

</td><td>

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
melissa@gillamsmithlaw.com
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: 903.934.8450
Facsimile: 903.934.9257

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of April 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*