# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WELLCOMEMAT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AYLO HOLDINGS S.à r.l., AYLO FREESITES LTD., AYLO PREMIUM, LTD., 9219-1568 QUEBEC, INC., and JARROD BELTRAN,<br><br>    Defendants. | C.A. No. 2:23-cv-483<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS PURSUANT TO LOCAL PATENT RULES 3-1 AND 3-2**

Pursuant to Local Patent Rules 3-1 and 3-2, Plaintiff WellcomeMat, LLC ("WellcomeMat") hereby serves its Disclosure of Assert Claims and Infringement Contentions and accompanying documents on Defendants Aylo Holdings S.à r.l.; Aylo Freesites, Ltd.; Aylo Premium, Ltd.; 9219-1568 Quebec, Inc. (together, "Aylo Defendants").

WellcomeMat makes these contentions based on the information reasonably available to it at this time and reserves its right to supplement and/or amend these contentions.

**I. Patent Rule 3-1(a) Disclosures**

Based upon information presently available, WellcomeMat asserts that Defendants directly and indirectly infringe the claims identified in the claim charts that accompany these disclosures. For convenience, the Asserted Claims are Claims 13, 14, 15, 18, 19, and 20 of U.S. Patent No. 8,307,286 B2.

WellcomeMat makes this disclosure based on information reasonably available to it at this time and reserves its right to supplement and/or amend its disclosure of Asserted Claims.

1

**II.      Patent Rule 3-1(b) Disclosures**

WellcomeMat's detailed infringement assertions are contained in the claim charts that accompany these disclosures and identify for each asserted claim each apparatus, product, device, process, method, act, or other instrumentality accused of infringing.

WellcomeMat makes this disclosure based on information reasonably available to it at this time and reserves its right to supplement and/or amend its disclosure of the Accused Instrumentalities, including to identify additional Accused Instrumentalities.

**III.     Patent Rule 3-1(c) Disclosures**

WellcomeMat's detailed infringement assertions are contained in the claim charts that accompany these disclosures.

WellcomeMat makes this disclosure based on information reasonably available to it at this time and reserves its right to supplement and/or amend its disclosure.

**IV.     Patent Rule 3-1(d) Disclosures**

WellcomeMat asserts that Defendants literally infringe each asserted claim. To the extent that any particular element is shown not to be met literally, Plaintiff contends that Defendants infringe under the Doctrine of Equivalents as there would be no substantial difference between the elements of the asserted claims and the corresponding functionality in the accused instrumentality, i.e., the corresponding functionality in the Accused Products does substantially the same thing, in substantially the same way, to achieve substantially the same result(s) as the claimed elements.

WellcomeMat makes this disclosure based on information reasonably available to it at this time and reserves its right to supplement and/or amend its disclosure.

**V.      Patent Rule 3-1(e) Disclosures**

The Asserted Claims of U.S. Patent No. 8,307,286 B2 are entitled to a priority date of no later than January 3, 2006. In the alternative, the Asserted Claims of U.S. Patent No. 8,307,286 B2 are entitled to a priority date of no later than May 7, 2006, including through the filing of Provisional Application No. 60/746,645. In the alternative, the Asserted Claims of U.S. Patent No. 8,307,286 B2 are entitled to a priority date of no later than May 25, 2006. In the alternative, the Asserted Claims of U.S. Patent No. 8,307,286 B2 are entitled to a priority date of no later than May 4, 2007, including through the filing of U.S. Patent No. 2007/0294622 Al.

**VI.     Patent Rule 3-1(f) Disclosures**

WellcomeMat presently is not relying on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention.

WellcomeMat makes this disclosure based on information reasonably available to it at this time and reserves its right to supplement and/or amend its disclosure.

**VII.    Patent Rule 3-2(a) Documents**

Non-privileged documents evidencing any discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, the claimed invention prior to the date of application for the patent in suit are being concurrently produced bearing Bates numbers WM-AYLO_00001073 through WM-AYLO_00001585.

WellcomeMat makes this disclosure based on information reasonably available to it at this time and reserves its right to supplement and/or amend its disclosure.

**VIII.   Patent Rule 3-2(b) Documents**

Non-privileged documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were created on or before the date of application

3

for the patent in suit or the priority date identified pursuant to Patent Rule 3-1(e) are being concurrently produced bearing Bates numbers WM-AYLO_00000001 through WM-AYLO_00001072.

WellcomeMat makes this disclosure based on information reasonably available to it at this time and reserves its right to supplement and/or amend its disclosure.

IX.     **Patent Rule 3-2(c) Documents**

A copy of the file history for the '286 Patent is being concurrently produced bearing Bates numbers WM-AYLO_00001586 through WM-AYLO_00001949.


Date: March 11, 2024

                                        Respectfully submitted,

                                        */s/Andres Healy*
                                        Andres C. Healy
                                        Washington State Bar No. 45578
                                        ahealy@susmangodfrey.com
                                        Matthew R. Berry
                                        Washington State Bar No. 37364
                                        mberry@susmangodfrey.com
                                        John Schiltz
                                        Washington State Bar No. 48973
                                        jschiltz@susmangodfrey.com
                                        SUSMAN GODFREY L.L.P.
                                        401 Union Street Suite 3000
                                        Seattle, WA 98101-2683
                                        Telephone: (206) 505-3880
                                        Facsimile: (206) 516-3883

                                        George R. El-Khoury
                                        New York State Bar No. 5898358
                                        gel-khoury@susmangodfrey.com
                                        SUSMAN GODFREY L.L.P.
                                        1301 Avenue of the Americas, 32nd Floor
                                        New York, NY 10019
                                        Telephone: (212) 336-8330

    Facsimile: (212) 336-8340

    Claire Abernathy Henry
    Texas State Bar No. 24053063
    claire@wsfirm.com
    WARD, SMITH & HILL, PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Phone: (903) 757-6400
    Facsimile: (903) 757-2323

    *Attorneys for WellcomeMat, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 11th day of March, 2024.

                                                  */s/George R. El-Khoury*  
                                                  George R. El-Khoury