# EXHIBIT 6

***WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)***
Infringement of U.S. Patent No. 8,307,286 B2

This chart shows, on an element-by-element basis, how Aylo Holdings S.à r.l., Aylo Freesites, Ltd., Aylo Premium, Ltd., 9219-1568 Quebec, Inc. (together, the "Aylo Defendants"), and Jarrod Beltran ("Beltran," and with the Aylo Defendants, "Defendants") infringe Claims 13, 14, 15, 18, 19, and 20 of U.S. Patent No. 8,307,286 B2 (the "'286 Patent") through the making, using, offering for sale, or sale in the United States, and/or importation into the United States, of various products and offerings, including the Aylo Defendants' Action Tag functionality (the "Accused Products"), as well as any other products that the Aylo Defendants make, use, offer for sale, or sell in the United States, and/or import into the United States that operate in the manner set forth below.

WellcomeMat, LLC ("WellcomeMat") further states that Beltran also indirectly infringes each asserted claim in violation of 35 U.S.C. § 271(b) by taking active steps to encourage and facilitate direct infringement by the Aylo Defendants in the United States, through the dissemination of video content on Porhub.com that uses the Aylo Defendants' Accused Products with knowledge and the specific intent that his efforts would result in the direct infringement of the '286 Patent. For example, Beltran took active steps to encourage the Aylo Defendants to use and offer for use the Accused Products in the United States in a manner that would directly infringe each element as described below, including by uploading video content that uses and markets the functionality of Action Tags. Non-limiting examples of such actions include Beltran's uploaded video titled, "See how Ivy Hale . . . before she . . . on it," in which he uses the Aylo Defendants' Action Tag functionality at the 01:00 mark and one at the 02:32 mark. https://www.pornhub .com/view_video.php?viewkey=6527f2d910d59 (explicit text omitted). Beltran thus induced, and continues to actively induce, the direct infringement of the '286 Patent by the Aylo Defendants by distributing video content that uses and markets for use the Accused Products and by failing to remove the infringing video content.

WellcomeMat further notes that this chart contains an exemplary, non-limiting description of Defendants' infringement that is representative of how each Accused Product infringes the '286 Patent. WellcomeMat further notes that it makes these contentions based on the information reasonably available to it at this time because discovery has not commenced, and because Defendants have not provided any documents concerning their infringement. Further, the Court has yet to issue its claim construction rulings. WellcomeMat thus reserves the right to modify, supplement, and/or amend these contentions as additional evidence and information become available, including in light of discovery, invalidity, prior art, claim construction, or any information provided by Defendants or any other party or non-party to this action.

As demonstrated below, WellcomeMat contends that each element of each asserted claim is literally infringed by the Accused Products. WellcomeMat further contends that, to the extent that any particular element is shown not to be met literally by the Accused Products, each Accused Product infringes under the doctrine of equivalents for the reasons set forth below because there would be no substantial difference between the elements of the asserted claims and the corresponding functionality in the accused instrumentality, i.e., the

1

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

corresponding functionality in the Accused Products does substantially the same thing, in substantially the same way, to achieve substantially the same result(s) as the claimed elements.

2

***WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)**

Infringement of U.S. Patent No. 8,307,286 B2

| Claim 13 |
| --- |
| **13. [Pre]** A method for handling video cue points, the method comprising: | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, a method for handling video cue points—particularly indexed time positions or tags associated with video data.*<br><br>For example, the Aylo Defendants operate a number of websites, including Pornhub, Pornhub Premium, YouPorn, YouPorn Premium, RedTube, Redtube Premium, Tube8, Thumbzilla, ModelHub, XTube, Brazzers, MOFOS, Babes.com, Twistys, Men.com, RealityKings.com, and DigitalPlayground.com.<br><br>As described in the Aylo Defendants' "Pornhub Playbook," these websites adhere to a common revenue generating model: they solicit and display content from "content partners" and then display this content for free to generate advertising revenue or on a subscription or pay-per-view basis, which also additionally generates advertising revenue. |



https://www.pornhub .com/content_partner_guide.pdf.

As part of this process of soliciting and displaying such content, the Aylo Defendants emphasize the importance of utilizing certain functionality enabled by the Aylo Defendants' platforms, including appropriate "tags":

4

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

## PART 2  VIDEO OPTIMIZATION

During the upload process, you will be afforded the opportunity to further format the way your content will be presented to the users.

Well-formed titles, tags and categories will help increase views by allowing users to find your videos in search results. Rather than attempting to appeal to the broadest range of viewers, your goal should be to target the demographic that will be most interested in your niche(s).

https://www.pornhub .com/content_partner_guide.pdf.

In particular, the Aylo Defendants emphasize the importance of content partners applying what the Aylo Defendants describe as "action tags," which they explain are "indicators you can add to your video's player bar to help users get to their favorite parts easily."

5

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



## 2.6 Action Tags

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg.

[BLACK REDACTION] etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the "Video Manager" page. Click on the "Add Action Tag" and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.

https://www.pornhub .com/content_partner_guide.pdf. Examples of such "action tags" on various websites of the Aylo Defendants are depicted below, which show that such tags correspond to indexed time positions or tags associated with the relevant video data.

6



*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)*
Infringement of U.S. Patent No. 8,307,286 B2

7

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.,* No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)*
Infringement of U.S. Patent No. 8,307,286 B2



9

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



Further, consistent with the description above in the the Aylo Defendants' Content Partner Guide regarding the importance of content partners applying such tags to increase views, the Aylo Defendants' platforms are configured by the Aylo Defendants to enable content partners to apply such tags on each of the identified websites.

10

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

For example, the below screenshot from the Aylo Defendants' Content Partner Guide describes the functionality enabled by the Video Manager function on the platforms.



**Porn hub Network**
CONTENT PARTNER PROGRAM

### 3.3 Video Manager

The video manager allows you to study and analyze ratings and the view count data for each of your videos. Statistics for each video also show how many times your video was added to favorites, how many comments it has received as well as how many playlists it appears in.

Simply login to your account and select Video Manager from your profile dropdown. Here, all of your videos are listed with the option of viewing stats for each clip by Daily or Cumulative.

These stats can be exported (by clicking the "Download Stats" button) as a CSV file and opened by any spreadsheet program such as Excel. This is a great way to analyze how viewers are responding to your content.

https://www.pornhub.com/content_partner_guide.pdf. And the below screenshots demonstrate that this Video Manager is configured by the Aylo Defendants to allow content partners to apply such tags, including at selected time intervals.

11

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



Action Tags

- Once your video is done converting, you can action tag it!
- Action tags are action specific tags that are time stamped, which will help users get to the action they want to see.
  Watch a video that has action tags to see how it works.
- You can action tag your content in your Video Manager.

https://help.pornhub .com/hc/en-us/articles/4419870696083-How-To-Upload-Videos.

**Model hub**  Home  Videos  Models  Categories  **Blog**  Contest

Once your video is uploaded, you can add action tags directly on the video. Click on "edit" next to the video in question, then click on "Add Action Tags". You can select the exact time a certain action takes place and tag that action using the drop-down menu. When users watch your videos, they can see exactly what actions take place at what times.

https://www.modelhub .com/blog/14091.

For example, as shown below, the Video Manager functionality allows content partners to add "action tags" to videos by identifying specific time points at which certain actions take place.

12

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.,* No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags.

As the above reflects, such "action tags" correspond directly to the claimed "cue points." For example, the patent teaches at 9:50-60 that, "[i]n some embodiments, cue points may refer to indexed time positions or tags anywhere within a video file"—further explaining: "In these embodiments, multiple cue points may refer to multiple time positions within a video file. For example, say a video file contains video information about a hotel suite, in which there is one minute of video each relating to the bedroom,

13

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

bathroom, living room, and kitchenette. In this example, four cue points may be associated with the video file, pointing to time positions at zero, one, two, and three minutes, and essentially providing chapter markers for the different sections of the video."

Further, the Aylo Defendants' platforms provide the mechanism that the Aylo Defendants use to perform a method for handling such video cue points. This is consistent with the patent's disclosure at 8:19-29 and 51-61, which teaches that that a "Video Editing Environment (VEE) 116 and/or a Video Playback Environment (VPE) 118 . . . may comprise or be in communication with a cue point handler 120," and that "the cue point handler 362 may allow the client to add or edit the cue point information associated with the video file."

Recognizing the benefits of Aylo Defendants' Action Tag functionality, as depicted below, Defendant Beltran has applied action tags to videos he uploads onto Pornhub through Aylo Defendants' Video Manager environment, thereby causing and actively inducing the direct infringement of the '286 Patent by the Aylo Defendants.

14

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)*
Infringement of U.S. Patent No. 8,307,286 B2



15

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.,* No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| **[13.1]** providing a computer system having at least one computer-readable medium comprising a video editing environment, and being disposed at a server side of a public network; | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, a method for handling video cue points comprising providing a computer system having at least one computer-readable medium comprising a video editing environment, and being disposed at a server side of a public network.*<br><br>As demonstrated above, the Aylo Defendants provide a computer system having at least one computer-readable medium comprising a video editing environment—for example, the Aylo Defendants' Video Manager video editing environment: |

16

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags.

Further, such environment is disposed at a server side of a public network—i.e., at one or more of the Aylo Defendants' owned, controlled, or provisioned servers on the server side (as opposed to the client side) of the Internet.

17

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.,* **No. 2:23-cv-483 (E.D. Tex.)**
Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| **[13.2]** receiving a set of video information at the video editing environment using the computer system; | *The accused Aylo Defendants platforms each are configured to perform, and are used by Aylo Defendants to perform, a method for receiving a set of video information at the video editing environment using the computer system. Such video information includes, but is not limited to, video data.*<br><br>For example, as depicted above and further demonstrated below, the Aylo Defendants' Video Manager environment is configured to allow the Aylo Defendants to receive video data through the Video Manager application.<br><br>‹  How to upload videos<br><br>Uploading content to Pornhub is easy!<br><br>• Click on the upload button (next to the search bar on desktop)<br><br>• Choose a video to upload<br><br>• Give your content good metadata<br><br>• Verify that you're in the video (A). The account holder must be present in the video in order to monetize from it.<br><br>*In order for the video to be eligible for earnings, the main account holder **must** be in the uploaded video. |

18

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



https://help.pornhub.com/hc/en-us/articles/4419870696083-How-To-Upload-Videos.

Further, as depicted above, the Aylo Defendants' Video Manager environment is configured to allow the Aylo Defendants to receive video data through the Video Manager application for dissemination across the entire Pornhub network, which includes Pornhub, YouPorn, Redtube, and Tube8.

19

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)*
Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| **[13.3]** receiving a set of cue point information at the video editing environment using the computer system; |  *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, a method for receiving a set of cue point information at the video editing environment using the computer system. As described above, such cue point information includes, but is not limited to, indexed time positions or tags associated with video data.*<br><br>*For example, as demonstrated by the below screenshots, the Aylo Defendants' Video Manager environment is configured to allow the Aylo Defendants to receive a set of cue point information associated with video data at the video editing environment using the computer system, including "action tags" to videos by identifying specific time points at which certain actions take place.* |

***WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)***
Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| **[13.4]** receiving a cue point editing command over the network from a remote client terminal disposed at |   https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags.  *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, a method for receiving a cue point editing command over the network from a remote client terminal disposed at a client side of the public network using the computer system. Such* |

21

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)*
Infringement of U.S. Patent No. 8,307,286 B2

| a client side of the public network using the computer system; | *cue point editing command includes, but is not limited to a command to add, modify, or delete cue point information.*<br><br>For example, as demonstrated by the below screenshots, the Aylo Defendants' Video Manager environment is configured to allow the Aylo Defendants to receive a command to add, delete, or modify "action tag" information, including the time position associated with a particular "action tag." <br><br> |

22

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| | https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags.<br><br>Further, the Aylo Defendants' Video Manager environment is configured to allow the Aylo Defendants to receive such commands over the network from a remote client terminal disposed at a client side of the public network. For example, the Aylo Defendants' Video Manager environment is configured such that the Aylo Defendants receive such commands from content partners who are accessing the Aylo Defendants' Video Manager environment remotely from a location other than the location of the Aylo Defendants' owned or controlled server. |
| **[13.5]** modifying a portion of the cue point information at the server side of the public network according to the cue point editing command received over the public network from the client terminal; | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, a method for modifying a portion of the cue point information at the server side of the public network according to the cue point editing command received over the public network from the client terminal. As described above, such cue point information includes, but is not limited to, indexed time positions or tags anywhere associated with video data, and modifying cue point information may include, but is not limited to, changing various attributes of an existing cue point (e.g. the cue point's name or time position), changing the associations between an existing cue point and either video data or other cue point information, or any other useful type of modification to cue point information.*<br><br>For example, as demonstrated by the below screenshots, the Aylo Defendants' Video Manager environment is configured to allow the Aylo Defendants to receive a command to modify cue point information, including to change the time position associated with a particular "action tag." |

23

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags.

Further, the Aylo Defendants' Video Manager environment is configured to allow the Aylo Defendants to receive such commands over the network from a remote client terminal disposed at a client side of the public network. For example, the Aylo Defendants' Video Manager environment is configured such that the Aylo Defendants receive such commands from content partners who are accessing the Aylo

24

***WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)**
Infringement of U.S. Patent No. 8,307,286 B2

| [13.6] receiving a cue point selection over the network from the remote client terminal identifying one of the cue points corresponding to a portion of the video information of one of the video files; and | Defendants' Video Manager environment remotely from a location other than the location of the Aylo Defendants' owned or controlled server. |
| --- | --- |
| | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, a method for receiving a cue point selection over the network from the remote client terminal identifying one of the cue points corresponding to a portion of the video information of one of the video files.* |
| | For example, as demonstrated by the below screenshots, the Aylo Defendants' platforms are configured such that the remote client terminal can select one of the "action tag" locations corresponding to the corresponding portion of video data. Upon selecting such "action tag," the client terminal can navigate to and/or "jump" to and begin to stream the video information corresponding to the selected "action tag": |
| | Action Tags |
| | Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. ▇▇▇▇ etc. |
| | Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click 'Add". Continue the video and repeat as needed. |
| | https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags. |

25



*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)*
Infringement of U.S. Patent No. 8,307,286 B2





*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.,* No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

28

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.,* No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



| | |
|---|---|
| [13.7] streaming the portion of the video information to the client terminal over the public network in response to | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, a method for streaming the portion of the video information to the client terminal over the public network in response to receiving the cue point selection.*<br><br>*For example, as set forth above, the Aylo Defendants' platforms are configured such that, upon selecting one of the "action tag" locations corresponding to the corresponding portion of video data, the client* |

29

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.,* No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| receiving the cue point selection. | terminal can navigate to and/or "jump" to and begin to stream the video information corresponding to the selected "action tag." |
| **Claim 14** | |
| **14.** The method of claim 13, further comprising providing a cue point editing mode as part of the video editing environment configured to perform at least one of creating, modifying, deleting, or interpreting at least a portion of the set of cue point information according to the cue point editing command received over the public network from the client terminal. | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 13, further comprising providing a cue point editing mode as part of the video editing environment configured to perform at least one of creating, modifying, deleting, or interpreting at least a portion of the set of cue point information according to the cue point editing command received over the public network from the client terminal.*<br><br>For example, as demonstrated above, the accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 13.<br><br>Further, as demonstrated by the below screenshots, the Aylo Defendants' Video Manager contains an "action tag" editing mode as part of its Video Manager functionality that is configured to enable content partners to perform at least one of creating, modifying, deleting, or interpreting at least a portion of the set of "action tag" information received over the public network from the client terminal. |

30

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags.

| Claim 15 | |
|---|---|
| | As demonstrated above, the accused *Aylo Defendants* platforms each are configured to perform, and are used by the *Aylo Defendants* to perform, the method of claim 14. |
| **15. [Pre]** The method of claim 14, further comprising: | |

31

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al., No. 2:23-cv-483 (E.D. Tex.)*
Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| **[15.1]** receiving an edit mode entry signal over the network from the client terminal representing entry into the cue point edit mode, and | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 14, further comprising receiving an edit mode entry signal over the network from the client terminal representing entry into the cue point edit mode.*<br><br>*For example, as demonstrated by the below screenshot, the Aylo Defendants' Video Manager is configured to receive an "Add Action Tag" edit mode entry signal that prompts it to enter the described "action tag" edit mode through which content partners can perform at least one of creating, modifying, deleting, or interpreting "action tag" information.*<br><br>Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg ████████ etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click 'Add'. Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags. |
| **[15.2]** switching the video editing environment to the cue point editing mode in response to receiving the edit mode entry signal. | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 14, further comprising switching the video editing environment to the cue point editing mode in response to receiving the edit mode entry signal.*<br><br>*For example, as demonstrated by the below screenshot, the Aylo Defendants' Video Manager is configured to receive an "Add Action Tag" edit mode entry signal that prompts it to enter the described "action tag" edit mode through which content partners can perform at least one of creating, modifying, deleting, or interpreting "action tag" information.* |

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

## Action Tags

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. █████ etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click 'Add'. Continue the video and repeat as needed.

https://help.pornhub.com/hc/en-us/articles/4419860542483-Video-Tags.

| Claim 18 |
|---|
| **18.** The method of claim 13, further comprising receiving, over the network, authentication information relating to access authority of the remote client terminal. | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 13, further comprising receiving, over the network, authentication information relating to access authority of the remote client terminal.*<br><br>For example, to allow access to the Aylo Defendants' Video Manager functionality, the Aylo Defendants' platforms require that a remote client terminal "log in" as a "Member." |

33

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



Further, such network authentication information must be sufficient to demonstrate that the request is being made on behalf of someone who is a member of the Aylo Defendants' "Model Program" or "Content Partner Program."

34

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| | <br><br>Video and Photo uploads are only available to members of our Model Program and Content Partner Program. |
| **Claim 19** | |
| **19.** The method of claim 18, further comprising denying or allowing access to all or part of the video editing environment based at least in part on the access authority of the remote client terminal. | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 18, further comprising denying or allowing access to all or part of the video editing environment based at least in part on the access authority of the remote client terminal.*<br><br>For example, as demonstrated above, the accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 18.<br><br>Further, as demonstrated below, to allow access to the Aylo Defendants' Video Manager functionality, the Aylo Defendants' platforms require that a remote client terminal "log in" as a "Member" with network authentication information sufficient to demonstrate that the request is being made on behalf of someone who is a member of the Aylo Defendants' "Model Program" or "Content Partner Program." When such information is not received, the Aylo Defendants' platforms are configured to, and do, deny access to the video editing portion of the Video Manager environment—noting that access to such environment requires that the access request is being made on behalf of someone who is a member of the Aylo Defendants' "Model Program" or "Content Partner Program."<br><br><br><br>Video and Photo uploads are only available to members of our Model Program and Content Partner Program. |

35

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)

Infringement of U.S. Patent No. 8,307,286 B2

| | |
|---|---|
| | Further, as demonstrated below, Aylo Defendants' platforms provide certain access to the video editing environment based on whether a video editor has the access authority of a content moderator, who may add, delete, or modify cue points of other content parters' videos. |
| | Once your video is uploaded, you can add action tags directly on the video. Click on "edit" next to the video in question, then click on "Add Action Tags" You can select the exact time a certain action takes place and tag that action using the drop-down menu. When users watch your videos they can see exactly what actions take place at what times. |
| | Do not tag pornstars or models that do not appear in your videos; this will give the impression that you are a spam or scam account. |
| | If our moderation team finds the tags or categories chosen to be inaccurate, appropriate tags and categories will be added to improve user experience. |
| | https://www.pornhub .com/blog/crash-course-how-to-use-metadata-tags-categories. |
| **Claim 20** | |
| **20.** The method of claim 13, wherein the server video data is streamed progressively to a video playback environment at the remote client terminal, allowing the video player to begin displaying streamed server video data while remaining server video data continues to be streamed. | *The accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 13, wherein the server video data is streamed progressively to a video playback environment at the remote client terminal, allowing the video player to begin displaying streamed server video data while remaining server video data continues to be streamed.*

For example, as demonstrated above, the accused Aylo Defendants platforms each are configured to perform, and are used by the Aylo Defendants to perform, the method of claim 13.

Further, as demonstrated below, the Aylo Defendants advertise that Pornhub is a "content streaming platform" (https://www.pornhub .com/view_video.php?viewkey=ph626add321fdf6 at 00:12-00:15) that, as shown by the grey progress bar in the screenshots below, progressively downloads and/or streams video data to one or more video playback environments at one or more remote client terminals and thus allows the video player to select and begin displaying streamed server video data while remaining server video data continues to be streamed. |

36

*WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al.*, No. 2:23-cv-483 (E.D. Tex.)
Infringement of U.S. Patent No. 8,307,286 B2



37