# EXHIBIT 7

<RADengler@Venable.com>; Kang, Daniel <JDKang@Venable.com>; Green, Delia R. <DRGreen@Venable.com>; Macchio, Tom J. <TJMacchio@Venable.com>; Melissa Smith <melissa@gillamsmithlaw.com>; Andrew Gorham <tom@gillamsmithlaw.com>; Andres Healy <AHealy@susmangodfrey.com>
**Subject:** RE: WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al. - Non-Parties' Responses and Objections to Plaintiff's Subpoenas and Document Requests

Jonathan,

So that we have a cohesive record, I've moved your 9:45 am PT response to the current thread. With that caveat, we'll circulate a dial in for 1:30 pm ET Wednesday. Also, while we appreciate the responses, a number of your "[s]ee above" responses have no discernable connection to a prior response and/or we can't discern what your answer to our question is. That includes your responses regarding General Objection 2, RFPs 2-3, and Topics 1-9 and 11. Can you clarify what you are referring to/saying for each?


**Andres C. Healy | Susman Godfrey LLP**
206.505.3843 | ahealy@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

*This message may be protected by the attorney client privilege or the work product doctrine.*


**From:** Sharret, Jonathan M. JSharret@Venable.com
**Sent:** Monday, May 6, 2024 9:45 AM
**To:** Andres Healy AHealy@susmangodfrey.com; Green, Delia R. DRGreen@Venable.com
**Cc:** Gasparo, Frank M. FMGasparo@Venable.com; George El-Khoury GEl-Khoury@susmangodfrey.com; Matthew R. Berry mberry@SusmanGodfrey.com; John Schiltz jschiltz@SusmanGodfrey.com; Claire A. Henry claire@wsfirm.com; Garrett Parish gparish@wsfirm.com; Madison Cooley MCooley@susmangodfrey.com; Chris Henry CHenry@susmangodfrey.com; Michelle Wimmer MWimmer@susmangodfrey.com; Dengler, Ralph A. RADengler@Venable.com; Kang, Daniel JDKang@Venable.com; Macchio, Tom J. TJMacchio@Venable.com; Melissa Smith melissa@gillamsmithlaw.com; Andrew Gorham tom@gillamsmithlaw.com
**Subject:** RE: WellcomeMat, LLC v. Aylo Holdings S.à r.l., et al. - Non-Parties' Responses and Objections to Plaintiff's Subpoenas and Document Requests

EXTERNAL Email
Andres,

In advance of our call, please see our below responses.

Best regards,
Jonathan

1. **General Objection 14:** Please confirm that no subpoenaed entity is withholding any information based on this objection, which we have previously discussed in the context of our requests on the Aylo Defendants.
    > Confirmed with the same caveats explained to you previously. Further, WellcomeMat has never responded to my email from **April 17** indicating that your infringement contentions are deficient. Please do so. I have attached that correspondence for your

4

    convenience. [*WM (5/9): As we previously told you, we disagree that our contentions are in any way deficient. Regardless, to moot the issue, we are preparing a supplemental version.*]

2. **General Objection 15:** Please confirm that no subpoenaed entity is withholding any information based on this objection, which we have previously discussed in the context of our requests on the Aylo Defendants.

       See above. [*WM (5/9): Aylo confirmed that it is not withholding any information based on its objection.*]

3. **RFP 1:** Please confirm that no subpoenaed entity is withholding any information based on its objection that the request purportedly is "overly broad and unduly burdensome because it is not limited to employees with knowledge of issues relevant to this case, namely the implementation of the Accused Platforms." Please also be prepared to discuss the responses of Aylo USA, Aylo Billing, and Aylo Holdings that none have any documents responsive to this request.

       Confirmed. As already provided to you several times, these entities either do not have any employees or do not have any employees in Texas. [*WM (5/9): Aylo confirmed that it is not withholding any information based on its objection. Aylo also stated that, of the subpoenaed entities,* ███████████████████████████████████████████████████████████████████████████.]

4. **RFP 2:** Please confirm that no subpoenaed entity is withholding any information based on its objection that the request purportedly is "overly broad and unduly burdensome as "all operations" is not limited to the relevant issues in this case, namely those actions that are related to the Accused Platforms."

       See above. [*WM (5/9): Aylo confirmed that it is not withholding any information based on its objection.*]

5. **RFP 3:** Please confirm that no subpoenaed entity is withholding any information based on its objection that the request purportedly is "vague and ambiguous as the term 'operations' is undefined."

       See above. [*WM (5/9): Aylo confirmed that it is not withholding any information based on its objection.*]

6. **RFP 4:** You requested to m/c regarding this request. As part of that discussion, please confirm that no subpoenaed entity is withholding any information based on its objection that the request purportedly is "vague and ambiguous as the term 'Accused Websites' is undefined."

       Please be prepared to discuss what Accused Websites means and whether it is different than Accused Platforms. [*WM (5/9): We confirmed that Accused Websites has the same meaning as Accused Platforms; with that clarification, Aylo confirmed that it is not withholding any information based on its objection.*]

7. **RFP 5:** Please confirm that no subpoenaed entity is withholding any information based on its objection that the request purportedly is "vague and ambiguous as the term 'work' is undefined."

       Confirmed.

8. **RFP 6:** Please confirm that no subpoenaed entity is withholding any information based on its objection that the request purportedly is "vague and ambiguous" as the terms "Accused Websites," "affiliation," and "relationship" are undefined.

       Please be prepared to discuss what Accused Websites means and whether it is different than Accused Platforms. [*WM (5/9): We confirmed that Accused Websites has the same*

*meaning as Accused Platforms; with that clarification, Aylo confirmed that it is not withholding any information based on its objection.*]

9. **RFP 7:** You requested to m/c regarding this request. As part of that discussion, please confirm that no subpoenaed entity is withholding any information based on its objection that the request purportedly is "vague and ambiguous as the terms 'board of directors,' 'board of managers,' 'directors' and 'managers' are undefined."

   <span style="color:red">Please be prepared to discuss how this request is relevant to the underlying litigation.</span> [*WM (5/9): Aylo confirmed that it is standing on its objection and will not produce any documents identifying the requested individual(s).*]

10. **RFP 8:** You requested to m/c regarding this request. As part of that discussion, please confirm that no subpoenaed entity is withholding any information based on its objection that the request purportedly is "vague and ambiguous as the term 'Accused Websites' is undefined."

    <span style="color:red">Please be prepared to discuss what Accused Websites means and whether it is different than Accused Platforms.</span> [*WM (5/9): We confirmed that Accused Websites has the same meaning as Accused Platforms; with that clarification, Aylo confirmed that it is not withholding any information based on its objection.*]

11. **RFP 9:** You requested to m/c regarding this request. As part of that discussion, we wish to discuss your objection that our request purportedly "is overly broad and unduly burdensome, as it requests all communications, without limit, above and beyond the issues relevant to this case, given the nature of Aylo's business." Among other things, please be prepared to explain what information, if any, each entity intends to withhold per that objection.

    <span style="color:red">This request is overly broad on its face. No subpoenaed entity has any involvement with action tags and has minimal, if any, involvement with any of the websites at issue. We can discuss further on the call.</span> [*WM (5/9): Aylo stated on our call that no subpoenaed Aylo entity has any communications related to action tags. Aylo also said that* ▪▪▪ *. As we explained, our request is not limited to action tags and encompasses any work done for the websites, including, e.g., billing and other work that is relevant even though not specific to action tags. In response, you said that Aylo Global would not search for or produce any additional information—claiming it was too burdensome to do so. In response to our request for support for that burden, you said you did not have any document counts; you also refused to obtain or provide such counts. Aylo Global also refused our request that it collect and produce at least a representative set of materials from those* ▪▪▪ *.*]

12. **RFP 11:** Please be prepared to discuss your responses to this request.

    <span style="color:red">As you are already aware, all communications with Mr. Beltran or any company with which he is affiliated have already been produced.</span> [*WM (5/9): Aylo confirmed that none of the subpoenaed entities have any communications with Mr. Beltran to someone communicating on his behalf.*]

13. **RFP 12:** Please confirm whether any documents responsive to this request are being withheld. <span style="color:red">We have already explained the need for a Protective Order (which is not yet ordered) and to provide necessary notice to Scorpcast.</span> [*WM (5/9): Aylo confirmed that it has yet to reach out to Scorpcast but would do so once the protective order is entered and would let us know if Scorpcast objection to production. As the protective order now has been entered, please confirm that Aylo will be making that request today.*]

6

14. **Topic 1:** Let's discuss your objection that the request purportedly is "overly broad and unduly burdensome because it is not limited to employees with knowledge of issues relevant to this case, namely the implementation of the Accused Platforms."
    See above. [*WM (5/9): Aylo confirmed that it will not withhold any information based on its objection.*]
15. **Topic 2:** Let's discuss your objection that the request purportedly is "vague and ambiguous" and "overly broad and unduly burdensome" based on its inclusion of the term "operations."
    See above. [*WM (5/9): Aylo confirmed that it will not withhold any information based on its objection.*]
16. **Topic 3:** Let's discuss your objection that the request purportedly is "vague and ambiguous" based on its inclusion of the term "operations."
    See above. [*WM (5/9): Aylo confirmed that it will not withhold any information based on its objection.*]
17. **Topic 4:** You requested to m/c regarding this topic.
    See above. [*WM (5/9): We confirmed that Accused Websites has the same meaning as Accused Platforms; with that clarification, Aylo confirmed that it will provide a deponent on this topic.*]
18. **Topic 5:** Let's discuss your objection that the request purportedly is "vague and ambiguous" based on its inclusion of the term "work."
    See above. [*WM (5/9): Aylo confirmed that it will not withhold any information based on its objection.*]
19. **Topic 6:** Let's discuss your objection that the request purportedly is "vague and ambiguous" based on its inclusion of the terms "Accused Websites," "affiliation," and "relationship."
    See above. [*WM (5/9): We confirmed that Accused Websites has the same meaning as Accused Platforms; with that clarification, Aylo confirmed that it will provide a deponent on this topic. Aylo also confirmed that it will not withhold any information based on its objections to the terms "affiliation" or "relationship."*]
20. **Topics 7-9, 11:** You requested to m/c regarding these topics.
    See above. [*WM (5/9): For Topic 7, you stated that Aylo may be willing to provide a deponent to confirm whether the board of any subpoenaed entity is the same as that of any Aylo defendant. We will want that information for the time frame of our infringement claims, i.e., 2017-present. We also will want a deponent prepared to testify regarding how many board members are on the board of more than one Aylo entity and, if so, which. Please confirm whether Aylo will provide such a deponent.*]

    [*WM (5/9): For Topic 8, we confirmed that Accused Websites has the same meaning as Accused Platforms; with that clarification, Aylo confirmed that it will provide a deponent on this topic.*]

    [*WM (5/9): For Topic 9, you stated that Aylo would consider providing a deponent on this topic. Please confirm whether it will do so.*]

    [*WM (5/9): For Topic 11, you stated that Aylo would provide a deponent on this topic once it provided notice to Scorpcast and provided Scorpcast does not object. As noted above, as the protective order now has been entered, please confirm that Aylo will be making that request today.*]

7