# EXHIBIT 14

 

Pornhub Help  ›  Content Partner Program  ›  Videos

| Getting Started | › |
| The Tiers Program - Content Partners | › |
| Pornhub Ads | › |
| **Videos** | ⌄ |

   How long should my videos be?

   Upload Schedule and Frequency

   How to Format Videos

   Video Titles

   Video Categories

   **Video Tags**

   Video Thumbnails

   Video watermark

   Can I delete my videos?

   Video Specs

   Where can I find my videos stats?

   Adding Custom Thumbnails

   How do I upload videos?

| Pornhub Premium Viewshare | › |
| Compliance | › |

We use essential cookies to ensure that we give you the best experience on our website. They are necessary for the website to function, do not store any personally identifiable information and no cookies from other subdomains is used.    OK!

Tags are words used to describe actions (███████████), positions (███████████), settings (kitchen, library), objects (████████████) and attributes (████████████).

Tags help to drive search results. By adding accurate tags, your videos will be exposed to users who are searching for that type of video.

Each video can have up to 16 tag words. Avoid entering tags that have already been chosen as categories, those will automatically be added as tags. Similarly, pornstar names do not need to be tagged in this field as we provide the pornstar tag field for this purpose.

Suggested tags are associated with the categories you've chosen. For example, if you select the ████' category, ████████ will automatically be tagged. However, you can choose to remove any suggested tags you feel do not apply.

# Pornstar Tags

Pornstar names are highly searched terms on Pornhub. By including the name of the model that appears in a video, it will be exposed to far more users in both search results and pornstar specific pages.

Each video can include up to 4 pornstar names. As you start to type in the field, a list of matching pornstar names will appear from the Pornhub database.

*Please feel free to contact us if there is a pornstar name you would like to have added to our list.*



# Action Tags

We use essential cookies to ensure that we give you the best experience on our website. They are necessary for the website to function, do not store any personally identifiable information and no cookies from other subdomains is used.    OK!

Action Tags are indicators that are added to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. ████████████ ████████████ .

Once the video has been uploaded and has successfully converted, all tags will be added automatically.



Was this article helpful?

👍    👎

80 out of 96 found this helpful

We use essential cookies to ensure that we give you the best experience on our website. They are necessary for the    OK!
website to function, do not store any personally identifiable information and no cookies from other subdomains is used.



© Pornhub Help

We use essential cookies to ensure that we give you the best experience on our website. They are necessary for the   OK!
website to function, do not store any personally identifiable information and no cookies from other subdomains is used.