# EXHIBIT 15



The **Porn** hub
PLAYBOOK

How to make money with **Porn** hub



## 2.6 Action Tags

Action Tags are indicators you can add  to your video's player bar
to help users get to their favorite parts easily. These indicators tag
significant events or "actions'" in your video; eg. ⬛ ⬛

⬛ etc.

Once the video has been uploaded and has successfully converted,
you will find all your uploaded videos on the 'Video Manager' page.
Click on the 'Add Action Tag' and play the video. When the action
starts, choose the correct tag and click "Add" . Continue the video
and repeat as needed.