# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WELLCOMEMAT, LLC, | C.A. No. 2:23-cv-483 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| AYLO HOLDINGS S.à r.l., AYLO FREESITES LTD, AYLO PREMIUM, LTD, 9219-1568 QUEBEC, INC., and JARROD BELTRAN, | |
| Defendants. | |

## **ORDER**

Before the Court is Plaintiff WellcomeMat LLC's Motion for Leave to Supplement Infringement Contentions. After consideration, the Court is of the opinion that the Motion should be GRANTED.

1